Hyman Grill, Respondent, v. Scheinberg Estates, Inc., and Another, Defendants, Impleaded with Isadore Scheinberg and Others, Appellants.— Order

affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.